# United States District Court

WESTERN DISTRICT OF WASHINGTON

WALTER STEELE, JR.

            v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C02-5398FDB

        **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX        **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That plaintiff's attorney Eitan Kassel Yanich is awarded a gross attorney's fee of $11,597.50 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $3,488.20 that previously were awarded, leaving a net fee of $8,109.30.

When issuing the 42 U.S.C. § 406(b) check for payment the Plaintiff's's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $8,109.30, minus any applicable processing fees as allowed by statute.

December 7, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk